Jeffrey I. Golden, State Bar No. 133040
**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone    (714) 445-1013
Facsimile    (714)-966-1002

Chapter 7 Trustee

FILED & ENTERED

MAR 20 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALETHEIA RESEARCH AND MANAGEMENT, INC.,<br><br>Debtor. | Case No. 2:12-BK-47718-BR<br><br>Chapter 7 |
| JEFFREY I. GOLDEN, Chapter 7 Trustee,<br><br>            Plaintiff,<br>vs.<br><br>PETER J. EICHLER, JR,<br><br>            Defendant. | Adv. No. 2:13-ap-02164-BR<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>DATE:    January 28, 2014<br>TIME:    10:00 a.m<br>CTRM:    1668 |

Defendant, Peter J. Eichler, Jr., having filed for relief under Chapter 7 of Title 11 of the United States Code, which commenced the case entitled *In re Peter James Eichler, Jr.,* and bearing Case No. 2:13-bk-39626-RK thereby initiating the automatic stay under 11 U.S.C. § 362(a) and good cause appearing therefore,

923250.1                                                                                                                                        ORDER

**IT IS HEREBY ORDERED** that the above captioned adversary action is dismissed without prejudice.

### 

Date: March 20, 2014

_____
Barry Russell
United States Bankruptcy Judge

923250.1

2

ORDER